AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sammartino, Janis L. | Southern District of California | 08/25/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

221 W. Broadway, Suite 4194
San Diego, CA 92101

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | City of San Diego Pension | $48,110.00 |
| 2. 2016 | California State Judges Retirement | $97,319.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | California State Judges Retirement |
| 2. 2016 | PDR Corp. - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PARENT PLUS LOANS | UNSECURED LOANS FOR COLLEGE TUITION | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MITEK | | None | J | T | | | | | |
| 2. FISERV | | None | M | T | | | | | |
| 3. TEVA | A | Dividend | J | T | | | | | |
| 4. PRUDENTIAL | A | Dividend | J | T | | | | | |
| 5. AMERICAN GEN LIFE INS CO POLICY-- CASH VALUE | | None | K | T | | | | | |
| 6. RENTAL PROPERTY #1, SAN DIEGO, CA (TRUST I) | E | Rent | O | W | | | | | |
| 7. RENTAL PROPERTY #2, DEL MAR, CA | E | Rent | O | W | | | | | |
| 8. MORGAN STANLEY SELECT UMA, TRADITIONAL IRA (H) | | | | | | | | | |
| 9. -MS Bank Account | A | Interest | K | T | | | | | |
| 10. -Mutual Funds: | | | | | | | | | |
| 11. --AMG Systematic Mid Cap Val Int | | None | | | Sold | 01/22/16 | J | | |
| 12. --AQR Managed Futures Strategy I | A | Dividend | K | T | Sold (part) | 01/22/16 | J | A | |
| 13. | | | | | Sold (part) | 04/22/16 | J | | |
| 14. --Cambiar Intl Equity Inv | B | Dividend | L | T | Buy | 01/22/16 | L | | |
| 15. | | | | | Sold (part) | 07/15/16 | J | A | |
| 16. | | | | | Sold (part) | 08/12/16 | J | A | |
| 17. --Causeway Emerging Mkts Inst | B | Dividend | L | T | Buy | 01/22/16 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 04/22/16 | J | A | |
| 19. | | | | | Sold (part) | 08/12/16 | J | A | |
| 20. --Causeway Intl Value Instl | | None | | | Sold | 01/22/16 | L | | |
| 21. --Center Coast MLP Focus I | B | Dividend | K | T | Buy | 04/22/16 | K | | |
| 22. | | | | | | | | | |
| 23. --Delaware Inv Sm Cap Val Inst | | None | | | Sold | 01/22/16 | K | | |
| 24. --Delaware Value Instl | B | Dividend | L | T | Buy | 01/22/16 | L | | |
| 25. | | | | | Sold (part) | 04/22/16 | J | A | |
| 26. | | | | | Sold (part) | 07/15/16 | J | A | |
| 27. --Edgewood Growth Instl | A | Dividend | L | T | Buy | 01/22/16 | L | | |
| 28. | | | | | Sold (part) | 04/22/16 | J | A | |
| 29. | | | | | Sold (part) | 08/12/16 | J | A | |
| 30. --Goldman Sachs Multi Mgr Alt I | A | Dividend | K | T | Sold (part) | 01/22/16 | J | | |
| 31. --Harding Loevner Intl Eqty Inst | | None | L | T | Buy | 01/22/16 | L | | |
| 32. | | | | | Sold (part) | 07/15/16 | J | A | |
| 33. | | | | | Sold (part) | 08/12/16 | J | A | |
| 34. --Hartford Midcap I | | None | K | T | Buy | 01/22/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Ivy Mid Cap Growth I | | None | | | Sold | 01/22/16 | K | | |
| 36. --John Hancock Displnd Val Inst | | None | | | Sold | 01/22/16 | M | | |
| 37. --John Hancock Seaport I | | None | K | T | Sold (part) | 01/22/16 | J | | |
| 38. --JP Morgan Dynamic Sm Cp Gr Sel | | None | | | Sold | 01/22/16 | K | | |
| 39. --Lazard Intl Strat Eq Ptf Inst | A | Dividend | L | T | Buy | 01/22/16 | L | | |
| 40. | | | | | Sold (part) | 07/15/16 | J | A | |
| 41. --Lyrical US Value Equity Inst | A | Dividend | L | T | Buy | 01/22/16 | L | | |
| 42. | | | | | Sold (part) | 04/22/16 | J | A | |
| 43. | | | | | Sold (part) | 07/15/16 | J | A | |
| 44. --Mainstay Large Cap Grw I | | None | | | Sold | 01/22/16 | J | | |
| 45. --Matthews Asian Japan Inv | A | Dividend | J | T | Buy | 01/22/16 | K | | |
| 46. | | | | | Sold (part) | 07/15/16 | J | A | |
| 47. --Neuberger Intrinsic Value Inst | | None | K | T | Buy | 01/22/16 | K | | |
| 48. --Nuance Mid Cap Value Instnl | A | Dividend | K | T | Buy | 01/22/16 | K | | |
| 49. | | | | | Sold (part) | 04/22/16 | J | A | |
| 50. --Nuveen Gresham Div Comm Strt I | | None | | | Sold | 01/22/16 | J | | |
| 51. --Riverpark/Wedgewood Inst | A | Dividend | L | T | Sold (part) | 01/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/22/16 | J | | |
| 53. --Touchstone Small Cap Growth Y | | None | K | T | Buy | 01/22/16 | J | | |
| 54. --Virtus Insight Emerg Mkts I | | None | | | Sold (part) | 01/22/16 | K | | |
| 55. | | | | | Sold | 03/24/16 | J | | |
| 56. --Voya Global Real Estate I | | None | | | Sold | 01/22/16 | J | | |
| 57. TRUST #2 (MS Brokerage Account) (H) | | | | | | | | | |
| 58. -Common Stocks | | | | | | | | | |
| 59. --Apple Inc | A | Dividend | K | T | | | | | |
| 60. --EXAS stock (common) | | None | J | T | | | | | |
| 61. --Facebook Inc | | None | J | T | | | | | |
| 62. -Municipal Bonds: | | | | | | | | | |
| 63. --CA St. Gengl Oblig Build America Bonds | | None | | | Sold | 04/01/16 | L | | |
| 64. --CA St. Genl Oblig Ser-2L | | None | | | Sold | 10/13/16 | K | | |
| 65. --Banning CA Util Auth Wastew | B | Interest | L | T | | | | | |
| 66. --Galt Schs Jt Pwrs Auth | B | Interest | L | T | | | | | |
| 67. --Liberty Calif Un High Sch Dist Ref | B | Interest | K | T | | | | | |
| 68. --CA St Pub Wks Brd Lease Rev | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --CA St Genl Oblig Ref | B | Interest | K | T | | | | | |
| 70. --CA St Genl Oblig Ser-1 | | None | | | Sold | 09/01/16 | K | | |
| 71. --CA St Genl Oblig Ref | B | Interest | K | T | | | | | |
| 72. --Foothill-De Anza Calif Cmnty College Di Oid | A | Interest | L | T | | | | | |
| 73. --CA Health Facs Fing Auth Rev Ser-D | B | Interest | L | T | | | | | |
| 74. --Los Angeles Community College Dist Ser-G | B | Interest | K | T | | | | | |
| 75. --Montebello Calif Uni Sch Dis Oid | B | Interest | K | T | | | | | |
| 76. --Chula Vista Calif Ctfs Part Rev Ref | B | Interest | L | T | | | | | |
| 77. --El Centro Calif Fing Auth Wtr Rev Ref-A | B | Interest | L | T | | | | | |
| 78. -Corporate Bonds | | | | | | | | | |
| 79. --Bank of America Corp 6.1% Fixed | B | Interest | L | T | Buy | 04/01/16 | L | | |
| 80. --Citigroup Inc 6.3% Fixed Div | A | Interest | K | T | Buy | 10/21/16 | L | | |
| 81. --ETrade Financial Corp 5.875% | B | Interest | L | T | Buy | 09/14/16 | L | | |
| 82. -Mutual Funds | | | | | | | | | |
| 83. --John Hancock Intl Growth C | | None | J | T | Buy | 01/05/16 | J | | |
| 84. --Principal Glb Divers Inc C (transfer from Trust #7) | A | Dividend | K | T | Open | 12/07/16 | L | | |
| 85. | | | | | Sold (part) | 12/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -MS Bank Acct | A | Interest | K | T | | | | | |
| 87. TRUST #3 (MS Brokerage Account) (H) | | | | | | | | | |
| 88. -MS Bank account (formerly also listed as Money Market Fund) | A | Interest | J | T | | | | | |
| 89. -Preferred stocks: | | | | | | | | | |
| 90. --Aegon | A | Dividend | J | T | Sold (part) | 01/06/16 | J | A | |
| 91. | | | | | Sold (part) | 12/20/16 | J | A | |
| 92. | | | | | Sold (part) | 12/21/16 | J | | |
| 93. --Alexandria Real Estate | A | Dividend | J | T | | | | | |
| 94. --Allstate Corp | A | Dividend | J | T | | | | | |
| 95. --Allstate Corp 6.625%-E | A | Dividend | J | T | | | | | |
| 96. --Allstate Corp Dep | A | Dividend | J | T | | | | | |
| 97. --Arch Cap Group Ltd 5.25 | A | Dividend | J | T | Buy | 09/26/16 | J | | |
| 98. --Arch Cap Grp | A | Dividend | J | T | Sold (part) | 09/20/16 | J | A | |
| 99. --Axis Cap Holdings Ltd 5.5%-E | A | Dividend | J | T | Buy | 11/02/16 | J | | |
| 100. --Axis Capital Hldgs Ltd 5.5%-D | A | Dividend | J | T | | | | | |
| 101. --Axis Capital Hldgs Ltd 6.875% | | None | | | Sold | 11/23/16 | J | | |
| 102. --Bank New York Mellon | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Bank of America | B | Dividend | J | T | Sold (part) | 01/26/16 | J | A | |
| 104. | | | | | Sold (part) | 01/29/16 | J | A | |
| 105. | | | | | Sold (part) | 02/05/16 | J | A | |
| 106. | | | | | Sold (part) | 05/12/16 | J | A | |
| 107.  --Bank of America Corp 6%-EE | A | Dividend | J | T | Buy | 04/19/16 | J | | |
| 108. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 109.  --Bank of America Corp 6.2%-CC | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 110. | | | | | Buy (add'l) | 02/05/16 | J | | |
| 111.  --Bank of America Corp 6.5%-Y | A | Dividend | J | T | | | | | |
| 112.  --Bank of America Corp 6.625%-W | A | Dividend | J | T | | | | | |
| 113.  --BB&T Corp 5.20%-G | A | Dividend | J | T | | | | | |
| 114.  --BB&T Corp 5.2%-F | A | Dividend | J | T | | | | | |
| 115.  --BB&T Corporation 5.625 Ser-E | A | Dividend | J | T | | | | | |
| 116.  --BB&T Corporation 5.65%-H | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 117.  --BB&T Corporation 5.85% | A | Dividend | J | T | | | | | |
| 118.  --Capital One 6.25%-C | A | Dividend | J | T | | | | | |
| 119.  --Capital One Financial 6%-B | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Capital One Finl Corp 6.70% Ser-B | A | Dividend | J | T | | | | | |
| 121. --Charles Schwab Corp 5.95%-D | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 122. --Charles Schwab Corp 6% Ser-B | A | Dividend | J | T | | | | | |
| 123. --Citigroup Inc 5.80% Series C | A | Dividend | J | T | | | | | |
| 124. --Citigroup Inc 6.875%-K | A | Dividend | J | T | | | | | |
| 125. --Citigroup Inc 6.875%-L | A | Dividend | J | T | | | | | |
| 126. --Citigrp Inc 7.125%-J | A | Dividend | J | T | | | | | |
| 127. --Deutsche Bank | | None | | | Sold (part) | 02/12/16 | J | | |
| 128. | | | | | Sold (part) | 03/11/16 | J | A | |
| 129. | | | | | Sold (part) | 09/27/16 | J | | |
| 130. | | | | | Sold | 10/12/16 | J | | |
| 131. --Digital Realty | A | Dividend | J | T | Sold (part) | 09/15/16 | J | A | |
| 132. --Digital Realty Trust 7.375%-H | A | Dividend | J | T | | | | | |
| 133. --Goldman Sachs Group Inc 6.3%-N | A | Dividend | J | T | Buy | 04/19/16 | J | | |
| 134. --Goldman Sachs Group | A | Dividend | K | | Buy (add'l) | 12/06/16 | J | | |
| 135. | | | | | Buy (add'l) | 12/07/16 | J | | |
| 136. --Goldman Sachs Grp Inc 5.95%-I | A | Dividend | J | T | Buy (add'l) | 12/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Goldman Sachs Grp Inc 6.375%-K | A | Dividend | J | T | | | | | |
| 138. --Hospitality Pptys TR PFD-D | A | Dividend | J | T | | | | | |
| 139. --Ing Group NV 06.375 | A | Dividend | J | T | Sold (part) | 09/12/16 | J | A | |
| 140. --Ing Group NV 6.125 | | None | | | Sold | 09/12/16 | J | A | |
| 141. --JPMorgan Chase & Co 5.45%-P | A | Dividend | J | T | Sold (part) | 02/12/16 | J | | |
| 142. --JPMorgan Chase & Co 5.5%-O | A | Dividend | J | T | | | | | |
| 143. --JPMorgan Chase & Co 6.125%-Y | A | Dividend | J | T | | | | | |
| 144. --JPMorgan Chase & Co 6.15% BB | A | Dividend | J | T | | | | | |
| 145. --JPMorgan Chase & Co 6.3%-W | A | Dividend | J | T | | | | | |
| 146. --JPMorgan Chase & Co 6.70%-T | A | Dividend | J | T | | | | | |
| 147. --Kimco Realty | A | Dividend | J | T | | | | | |
| 148. --Morgan Stanley 6.625%-G | A | Dividend | J | T | | | | | |
| 149. --Morgan Stanley 6.875%-F | A | Dividend | J | T | | | | | |
| 150. --Morgan Stanley 7.125%-E | A | Dividend | J | T | | | | | |
| 151. --Morgan Stanley Ser-A | A | Dividend | J | T | | | | | |
| 152. --National Retail Prop 5.7%-E | A | Dividend | J | T | | | | | |
| 153. --National Retail Prop 6.625% | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --National Retail Prop 5.2%-F | A | Dividend | J | T | Buy | 10/05/16 | J | | |
| 155. --PNC Finl-P 6.125% FLTS | A | Dividend | K | T | | | | | |
| 156. --PS Business Parks Inc 5.7%-V | A | Dividend | J | T | Buy | 11/18/16 | J | | |
| 157. --PS Business Park | A | Dividend | J | T | | | | | |
| 158. --Public Storage 5.20%-W | | None | J | T | Buy | 12/13/16 | J | | |
| 159. --Public Storage 5.20% | A | Dividend | J | T | | | | | |
| 160. --Public Storage | A | Dividend | J | T | Sold (part) | 04/15/16 | J | | |
| 161. | | | | | Sold (part) | 05/19/16 | J | A | |
| 162. | | | | | Sold (part) | 07/26/16 | J | | |
| 163. | | | | | Sold (part) | 09/15/16 | J | A | |
| 164. --Public Storage 5.875%-A | A | Dividend | J | T | | | | | |
| 165. --Public Storage 6%-Z | A | Dividend | J | T | | | | | |
| 166. --Public Storage 6.375%-Y | A | Dividend | J | T | | | | | |
| 167. --RBS Cap Fndg Trust V 5.9% | | None | | | Sold | 06/13/16 | J | A | |
| 168. --Realty Income Corp | A | Dividend | J | T | | | | | |
| 169. --Regency Centers | A | Dividend | J | T | | | | | |
| 170. --Regions Financial Co 6.375%-B | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  --Renaissancere | | None | | | Sold | 09/12/16 | J | | |
| 172.  --Renaissancere Hlds Ser-E 5.375 | A | Dividend | J | T | | | | | |
| 173.  --Royal Bk Scot | A | Dividend | J | T | Sold (part) | 09/08/16 | J | B | |
| 174.  --SCE Trust IV 5.375%-J | A | Dividend | J | T | Buy | 11/18/16 | J | | |
| 175.  --SCE Trust V 5.45%-K | A | Dividend | J | T | Buy | 03/02/16 | J | | |
| 176.  --Schwab Charles Corp Ser C | A | Dividend | J | T | | | | | |
| 177.  --State St Co 5.90%-D | A | Dividend | J | T | | | | | |
| 178.  --State Street Corp 5.25% | A | Dividend | J | T | | | | | |
| 179.  --State Street Corp 6% SER-E | A | Dividend | J | T | | | | | |
| 180.  --Suntrust Banks Inc 5.875%-E | A | Dividend | J | T | | | | | |
| 181.  --TCF Financial Corp 7.5%A | A | Dividend | J | T | | | | | |
| 182.  --UBS stock | | None | | | Sold | 06/15/16 | J | C | |
| 183.  --US Bancorp 5.15%-H | A | Dividend | J | T | | | | | |
| 184.  --US Banccorp | A | Dividend | J | T | Sold (part) | 01/22/16 | J | A | |
| 185.  --Vornado Realty | A | Dividend | J | T | | | | | |
| 186.  --Vornado Realty TR Ser-L 5.40% | A | Dividend | J | T | | | | | |
| 187.  --Wells Fargo & Co 5.5% Ser-X | A | Dividend | J | T | Buy | 06/09/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Wells Fargo & Company 6.625%-R | A | Dividend | J | T | | | | | |
| 189. --Wells Fargo | A | Dividend | J | T | | | | | |
| 190. --Wells Fargo 5.85-Q | A | Dividend | J | T | | | | | |
| 191. --Welltower Inc PFD Ser J (X) | A | Dividend | J | T | Sold (part) | 09/12/16 | J | A | |
| 192. -Fixed Rate Capital Securities: | | | | | | | | | |
| 193. --Entergy Louisiana LLC (ELB) | | None | | | Sold | 09/16/16 | J | A | |
| 194. --Entergy Arkansas Inc. | | None | | | Sold | 06/29/16 | J | | |
| 195. --Entergy Louisiana LLC (ELA) | | None | | | Sold | 01/07/16 | J | | |
| 196. --Aegon NV 8% | A | Dividend | J | T | | | | | |
| 197. --Raymond James Financial | | None | | | Sold | 12/14/16 | J | | |
| 198. --Hartford finl Svc Grp 7.875% | A | Interest | J | T | | | | | |
| 199. --Protective Life Corp 6.25% | A | Interest | J | T | | | | | |
| 200. --American Financial Group | A | Interest | | | Sold | 09/13/16 | J | A | |
| 201. --Senior Hsg Prop Trust 5.625% | A | Interest | J | T | Buy (add'l) | 02/04/16 | J | | |
| 202. --Affiliated Managers Group Inc | A | Interest | J | T | | | | | |
| 203. --American Financial Group Inc 5.75% | A | Interest | J | T | | | | | |
| 204. --Reinsurance Group America Inc (RZA) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Ventas Realty LP/Capital Corp 5/45% | A | Interest | J | T | | | | | |
| 206. --Entergy Mississippi Inc 6% | A | Interest | | | Sold | 07/01/16 | J | | |
| 207. --Senior Hsg Properties 6.25% | A | Interest | J | T | Buy | 02/12/16 | J | | |
| 208. --Qwest Corp | A | Interest | J | T | Sold (part) | 08/29/16 | J | A | |
| 209. | | | | | Sold (part) | 09/02/16 | J | A | |
| 210. --Stanley Black & Decker 5.75% | A | Interest | J | T | | | | | |
| 211. --Aflac Inc | A | Interest | J | T | Buy (add'l) | 02/08/16 | J | | |
| 212. --General Elec Cap Corp 4.875%-A | A | Interest | J | T | | | | | |
| 213. --Entergy Arkansas Inc. 4.9% | | None | | | Sold | 09/09/16 | J | A | |
| 214. --Prudential Financial Inc 5.75% | A | Interest | J | T | | | | | |
| 215. --Torchmark Corp 5.875% | A | Interest | J | T | Sold (part) | 07/06/16 | J | A | |
| 216. --Allstate Corp. 5.1% | A | Interest | J | T | Buy (add'l) | 05/20/16 | J | | |
| 217. --General Elec Cap Corp 4.875-A | A | Interest | J | T | | | | | |
| 218. --Prudential Financial Inc 5.70% | A | Interest | J | T | | | | | |
| 219. --W.R. Berkley Corp 5.625% | A | Interest | J | T | | | | | |
| 220. --General Elec Capital Corp 4.70% | A | Interest | J | T | | | | | |
| 221. --Verizon Communications 5.9% (VZA) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. --American Financial Group | A | Interest | J | T | | | | | |
| 223. --American Financial Group 6.0% | A | Interest | J | T | Buy | 09/09/16 | J | | |
| 224. --Goldman Sachs Group Inc. (-111/GSF) | | None | | | Sold (part) | 01/04/16 | J | A | |
| 225. | | | | | Sold | 02/02/16 | J | | |
| 226. --DTE Energy Co Ser I | | None | | | Sold | 09/08/16 | J | | |
| 227. --Berkley Corp | | None | J | T | Buy | 12/08/16 | J | | |
| 228. --WR Berkley Corp | A | Interest | J | T | Buy | 05/19/16 | J | | |
| 229. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 230. --Qwest Corp 6.5% | | None | J | T | Buy | 08/31/16 | J | | |
| 231. --Comcast Corp 5% | A | Interest | J | T | Sold (part) | 09/09/16 | J | A | |
| 232. --DTE Energy Co 5.25% | | None | | | Sold | 12/15/16 | J | | |
| 233. --Entergy Arkansas Inc. 4.75% | A | Interest | J | T | | | | | |
| 234. --Entergy New Orleans Inc | | None | J | T | Buy | 11/18/16 | J | | |
| 235. --Gatx Corp | A | Interest | J | T | Buy | 05/19/16 | J | | |
| 236. --Entergy Arkansas Inc 4.875% | A | Interest | J | T | Buy | 08/12/16 | J | | |
| 237. | | | | | Buy (add'l) | 08/18/16 | J | | |
| 238. | | | | | Buy (add'l) | 09/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --Entergy Louisiana LLC 4.875% | | None | J | T | Buy | 08/12/16 | J | | |
| 240. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 241. --Entergy Mississippi Inc 4.90% | | None | J | T | Buy | 09/13/16 | J | | |
| 242. --Nextera Energy Capital | A | Interest | J | T | | | | | |
| 243. --Duke Energy Corp | A | Interest | J | T | Buy (add'l) | 12/14/16 | J | | |
| 244. --Nextera Energy Capital Holdings Inc Ser J | A | Interest | J | T | | | | | |
| 245. --PPL Capital Funding Inc 5.90%-B | A | Interest | J | T | Buy (add'l) | 12/14/16 | J | | |
| 246. --Integrys Enegy Grp Inc 6.00% Fixed | | None | J | T | Buy | 11/18/16 | J | | |
| 247. --The Southern Co 6.25%-A (SOJA) | A | Interest | J | T | | | | | |
| 248. --DTE Energy Co Jr Deb | A | Interest | J | T | Buy | 06/07/16 | J | | |
| 249. --Nextera Energy Capital Holdings Inc 5.25% | A | Interest | J | T | Buy | 06/02/16 | J | | |
| 250. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 251. --Dominion Resources Inc 5.25% | A | Interest | J | T | Buy | 07/13/16 | J | | |
| 252. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 253. --The Southern Co 5.25% Ser-A | | None | J | T | Buy | 09/20/16 | J | | |
| 254. --DTE Energy Co Ser F 6% Pfd | | None | J | T | Buy | 12/16/16 | J | | |
| 255. -Mutual Funds: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. --Principal Capital Sec S | D | Dividend | M | T | Buy (add'l) | 01/08/16 | J | | |
| 257. | | | | | Buy (add'l) | 01/12/16 | J | | |
| 258. | | | | | Buy (add'l) | 01/26/16 | J | | |
| 259. | | | | | Buy (add'l) | 02/09/16 | J | | |
| 260. | | | | | Buy (add'l) | 02/12/16 | J | | |
| 261. | | | | | Buy (add'l) | 04/26/16 | K | | |
| 262. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 263. | | | | | Sold (part) | 12/15/16 | J | | |
| 264. TRUST #4 (MS Brokerage Account) (H) | | | | | | | | | |
| 265. -Morgan Stanley Bank Account | A | Interest | K | T | | | | | |
| 266. -Common stocks: | | | | | | | | | |
| 267. --Acceleron Pharma Inc | | None | J | T | | | | | |
| 268. --Affiliated Mgrs Group Inc | | None | | | Sold | 02/19/16 | J | A | |
| 269. --Ageas Sponsored ADR | | None | | | Sold | 06/16/16 | J | A | |
| 270. --Acuity Brands Inc | A | Dividend | J | T | Buy | 10/11/16 | J | | |
| 271. --Agree Realty Corp | A | Dividend | J | T | | | | | |
| 272. --Agrium Inc | | None | | | Sold | 06/16/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. --Akorn Inc | | None | J | T | | | | | |
| 274. --Alexandria Real Estate Eq Inc | A | Dividend | J | T | | | | | |
| 275. --Alexion Pharm Inc | | None | J | T | Buy (add'l) | 11/14/16 | J | | |
| 276. --Allergan Plc Shs | | None | | | Sold | 11/14/16 | J | | |
| 277. --Alliance Data Systems Corp | A | Dividend | J | T | | | | | |
| 278. --Allianz Se Ads | A | Dividend | J | T | Sold (part) | 06/16/16 | J | | |
| 279. --Alphabet Inc Cl A | | None | J | T | | | | | |
| 280. --Alphabet Inc Cl C | | None | J | T | | | | | |
| 281. --Altria Group Inc | A | Dividend | K | T | Sold (part) | 03/24/16 | J | A | |
| 282. | | | | | Buy (add'l) | 06/16/16 | K | | |
| 283. --Amazon Com Inc | | None | J | T | | | | | |
| 284. --American Campus Cmmtys Inc (X) | A | Dividend | J | T | | | | | |
| 285. --American Tower REIT Com (X) | A | Dividend | J | T | | | | | |
| 286. --Ametek Inc | A | Dividend | J | T | | | | | |
| 287. --ANSYS Inc | | None | J | T | | | | | |
| 288. --Apartment Invt & Mgmt Co | A | Dividend | J | T | | | | | |
| 289. --Apple Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. --Astrazeneca Plc Ads | | None | J | T | Buy | 11/15/16 | J | | |
| 291. --AT&T Inc | | None | | | Sold | 01/06/16 | J | A | |
| 292. --Avalonbay Comm Inc | A | Dividend | J | T | | | | | |
| 293. --Axis Capital Holdings Ltd | | None | | | Sold | 06/16/16 | J | B | |
| 294. --BAE Sys Plc Spon ADR | A | Dividend | J | T | | | | | |
| 295. --Bank of Nova Scotia | | None | | | Sold | 11/15/16 | J | A | |
| 296. --Bayer Ag Spon Adr | | None | | | Sold | 06/16/16 | J | | |
| 297. --Berkshire Hathaway Cl-B New | | None | J | T | Buy | 02/01/16 | J | | |
| 298. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 299. --Best Buy Co (X) | A | Dividend | J | T | Buy (add'l) | 11/15/16 | J | | |
| 300. --BHP Billiton Plc Spons ADR | | None | | | Sold | 02/24/16 | J | | |
| 301. --Biogen Inc Com | | None | J | T | | | | | |
| 302. --Biomed Realty Trust Inc | | None | | | Sold | 01/28/16 | J | | |
| 303. --BK Montreal | A | Dividend | J | T | Sold (part) | 11/15/16 | J | | |
| 304. --Blackrock Inc | A | Dividend | K | T | Buy (add'l) | 06/16/16 | J | | |
| 305. --Boeing Co | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 306. --Boston Properties Inc. | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --BP PLC ADS | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 308. --Bristol Myers Squibb Co | | None | | | Sold | 01/06/16 | J | | |
| 309. --Brixmore Ppty Group Inc | A | Dividend | J | T | | | | | |
| 310. --CA Incorporated | A | Dividend | K | T | Buy (add'l) | 06/16/16 | J | | |
| 311. --Cameco Corp | A | Dividend | | | Sold | 06/16/16 | J | | |
| 312. --Canadian Natural Resources Ltd | | None | | | Sold | 06/16/16 | J | A | |
| 313. --Canon Inc ADR New | A | Dividend | J | T | | | | | |
| 314. --Cardinal Health Inc. | A | Dividend | J | T | Sold (part) | 02/19/16 | J | A | |
| 315. --Carnival Cp New Paired Com | A | Dividend | K | T | Buy (add'l) | 06/16/16 | J | | |
| 316. | | | | | Buy (add'l) | 09/29/16 | J | | |
| 317. --Carrefour SA | A | Dividend | | | Sold | 06/16/16 | J | A | |
| 318. --Caterpillar Inc | A | Dividend | J | T | Sold (part) | 11/15/16 | J | A | |
| 319. --Celgene Corp | | None | J | T | | | | | |
| 320. --Centurylink Inc | A | Dividend | J | T | | | | | |
| 321. --Cerner Corp. | | None | | | Sold | 11/07/16 | J | A | |
| 322. --Chevron Corp | A | Dividend | J | T | Buy (add'l) | 06/16/16 | J | | |
| 323. | | | | | Buy (add'l) | 07/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. --China Mobile Ltd | | None | | | Sold | 04/12/16 | J | | |
| 325. --China Resources Pwr Holdgs Co | | None | | | Sold | 06/16/16 | J | | |
| 326. --Church & Dwight Co | A | Dividend | J | T | | | | | |
| 327. --Cincinnati Financial Ohio | A | Dividend | K | T | Buy (add'l) | 06/16/16 | J | | |
| 328. --Cisco Sys Inc | A | Dividend | J | T | Buy (add'l) | 06/16/16 | J | | |
| 329. | | | | | Buy (add'l) | 07/13/16 | J | | |
| 330. --Citrix Systems Inc | | None | | | Sold | 10/21/16 | J | B | |
| 331. --City Dev Ltd Spon ADR | | None | | | Sold | 06/16/16 | J | | |
| 332. --Cnooc Ltd ADS | A | Dividend | J | T | | | | | |
| 333. --Coach Inc | | None | | | Sold | 10/19/16 | J | A | |
| 334. --Coca Cola Co | A | Dividend | J | T | Buy (add'l) | 03/24/16 | J | | |
| 335. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 336. --Cognizant Tech Solutions | | None | J | T | | | | | |
| 337. --Colony Starwood | A | Dividend | J | T | Buy | 10/18/16 | J | | |
| 338. --Communications Sales&Leas Inc | | None | | | Sold | 02/01/16 | J | | |
| 339. --Conocophillips | | None | | | Sold | 02/09/16 | J | | |
| 340. --Corrections Corp of Amer New | | None | | | Sold (part) | 09/23/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 09/26/16 | J | | |
| 342. --Costco Wholesale Corp New | A | Dividend | J | T | Buy | 10/11/16 | J | | |
| 343. --Crown Castle Intl Corp New Com | A | Dividend | J | T | | | | | |
| 344. --Cubesmart Com | A | Dividend | J | T | | | | | |
| 345. --Cummins Inc | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 346. --CVS Health Corp Com | A | Dividend | J | T | | | | | |
| 347. --DAI NIPPPN | A | Dividend | | | Sold | 06/16/16 | J | | |
| 348. --Danaher Corp | A | Dividend | J | T | | | | | |
| 349. --Decker Outdoor Corp | | None | | | Sold | 02/11/16 | J | A | |
| 350. --Depomed Inc | | None | J | T | | | | | |
| 351. --Diageo Plc Spon Adr New | A | Dividend | J | T | Buy | 06/24/16 | J | | |
| 352. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 353. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 354. --Digital Realty Trust Inc | | None | | | Sold | 07/15/16 | J | B | |
| 355. --Dicks Sporting Goods | A | Dividend | J | T | Buy | 11/04/16 | J | | |
| 356. --Dominion Res Inc | A | Dividend | J | T | Buy (add'l) | 06/16/16 | J | | |
| 357. --Dow Chemical | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. --Duke Energy Corp New | A | Dividend | J | T | Buy (add'l) | 06/16/16 | J | | |
| 359. --Eastgroup Properties Inc | A | Dividend | J | T | | | | | |
| 360. --Ecolab Inc | A | Dividend | J | T | | | | | |
| 361. --Education Rlty Tr Inc Com | A | Dividend | J | T | | | | | |
| 362. --Eli Lilly & Co | A | Dividend | K | T | Buy (add'l) | 06/16/16 | J | | |
| 363. --Embraer SA ADR | | None | | | Buy | 03/28/16 | J | | |
| 364. | | | | | Sold | 06/16/16 | J | | |
| 365. --Emerson Electric Co | A | Dividend | J | T | | | | | |
| 366. --Eog Resources Inc | A | Dividend | J | T | | | | | |
| 367. --Epam Systems | | None | J | T | | | | | |
| 368. --EPR Pptys Com | A | Dividend | J | T | | | | | |
| 369. --Ericsson LM Tel ADR | | None | | | Sold | 06/16/16 | J | | |
| 370. --Express Scripts Inc | | None | | | Sold | 07/20/16 | J | A | |
| 371. --Facebook Inc Cl-A | | None | J | T | | | | | |
| 372. --Fedl Rlty Invt Trust S B I | A | Dividend | J | T | | | | | |
| 373. --First Indust Realty Tr Inc | A | Dividend | J | T | | | | | |
| 374. --Flextronics Intl Ltd | | None | | | Sold | 06/16/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. --Fortinet Inc | | None | J | T | | | | | |
| 376. --Fortive Corp | A | Dividend | J | T | Spinoff (from line 348) | 06/15/16 | J | | |
| 377. --Fujifilm Hldgs Corp | | None | | | Sold | 06/16/16 | J | B | |
| 378. --Gaming & Leisure Pptys Inc Com | A | Dividend | J | T | Buy | 10/06/16 | J | | |
| 379. --Gazprom O A O Spon ADR | | None | | | Sold | 09/13/16 | J | | |
| 380. --General Electric Co | A | Dividend | K | T | Buy (add'l) | 06/16/16 | J | | |
| 381. --General Mills Inc | A | Dividend | K | T | Buy | 03/24/16 | J | | |
| 382. | | | | | Buy (add'l) | 03/28/16 | J | | |
| 383. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 384. --Genl Dynamics Corp | A | Dividend | K | T | Buy (add'l) | 06/16/16 | J | | |
| 385. --GEO Group Inc | | None | | | Sold | 10/18/16 | J | | |
| 386. --Gilead Science | A | Dividend | J | T | | | | | |
| 387. --Glaxosmithkline PLC | A | Dividend | J | T | Sold (part) | 06/16/16 | J | | |
| 388. | | | | | Sold (part) | 11/15/16 | J | | |
| 389. --Glencore Plc Adr | | None | | | Sold | 01/13/16 | J | | |
| 390. --Gramercy Property Trust Inc | | None | J | T | | | | | |
| 391. --H & R Block Inc | A | Dividend | J | T | Buy (add'l) | 06/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. --H Lundbeck as Spon ADR | | None | | | Sold (part) | 03/10/16 | J | A | |
| 393. | | | | | Sold | 03/11/16 | J | A | |
| 394. --Hain Celestial Group Inc | | None | | | Sold | 08/16/16 | J | | |
| 395. --Hasbro Inc | | None | J | T | Buy (add'l) | 06/16/16 | J | | |
| 396. | | | | | Sold (part) | 06/24/16 | J | B | |
| 397. | | | | | Sold (part) | 06/27/16 | J | B | |
| 398. --HCP Incorporated | | None | | | Sold | 02/17/16 | J | | |
| 399. --Henderson Ld Dev Co Ltd | | None | | | Sold | 06/16/16 | J | | |
| 400. --Home Retail Group ADR | | None | | | Sold | 02/03/16 | J | A | |
| 401. --Hospira Inc (acquired by Pfizer) | | None | | | Merged (with line 461) | | | | |
| 402. --Hospitality Pptys Tr Com | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 403. --Host Hotel & Resorts Inc | A | Dividend | J | T | | | | | |
| 404. --HSBC Holdings PLC | A | Dividend | | | Sold (part) | 06/16/16 | J | | |
| 405. --Husky Energy | | None | | | Sold | 01/11/16 | J | | |
| 406. --Ill Tool Works Inc. | A | Dividend | J | T | | | | | |
| 407. --Incyte Corp | | None | J | T | | | | | |
| 408. --ING Groep NV ADR | | None | | | Sold | 06/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. --Intel Corp | A | Dividend | K | T | Buy (add'l) | 06/16/16 | J | | |
| 410. --Intercontinentalexchange Inc | A | Dividend | J | T | | | | | |
| 411. --International Paper Co | A | Dividend | J | T | | | | | |
| 412. --Intl Business Machines Corp | A | Dividend | J | T | | | | | |
| 413. --Ionis Pharmaceuticals Inc | | None | | | Sold | 05/26/16 | J | | |
| 414. --Iron Mtn Inc New Com | A | Dividend | J | T | | | | | |
| 415. --Ishares Msci Emerginig Mkts Etf | | None | | | Buy | 03/21/16 | J | | |
| 416. | | | | | Sold | 05/09/16 | J | | |
| 417. --Japan Tob Inc | | None | | | Sold | 06/16/16 | J | A | |
| 418. --Johnson & Johnson | | None | | | Sold | 11/15/16 | J | A | |
| 419. --Kinder Morgan Incorp | A | Dividend | J | T | Buy (add'l) | 06/16/16 | J | | |
| 420. --Kite Rlty Group Tr | A | Dividend | J | T | | | | | |
| 421. --Kohls Corporation Wisc | A | Dividend | J | T | Buy | 01/06/16 | J | | |
| 422. --Lamar Advertising Co New | | None | J | T | Buy | 10/18/16 | J | | |
| 423. --LKQ Corporation | | None | J | T | | | | | |
| 424. --Lowes Companies Inc | A | Dividend | J | T | Buy (add'l) | 06/16/16 | J | | |
| 425. | | | | | Sold (part) | 07/19/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. --LTC Properties Inc | A | Dividend | J | T | | | | | |
| 427. --Lyondellbasell Nv Cl-A | A | Dividend | J | T | | | | | |
| 428. --Macy's Inc | A | Dividend | J | T | Buy | 04/12/16 | J | | |
| 429. --Manpowergroup INC COM | | None | | | Sold | 06/16/16 | J | A | |
| 430. --Maximus Inc | A | Dividend | J | T | | | | | |
| 431. --Merck & Co Inc New Com | A | Dividend | K | T | Buy | 01/06/16 | J | | |
| 432. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 433. --Metlife Incorporated | A | Dividend | J | T | | | | | |
| 434. --Microsoft Corp | A | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | |
| 435. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 436. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 437. --Mitie Group Plc Unspon Adr | | None | | | Buy | 01/06/16 | J | | |
| 438. | | | | | Sold | 06/16/16 | J | | |
| 439. --Mitsui & Co Ltd Adr | A | Dividend | J | T | Sold (part) | 11/15/16 | J | A | |
| 440. --Mobile Telesystems Pjsc | A | Dividend | J | T | Buy | 06/14/16 | J | | |
| 441. --Mondelez Intl Inc Com | A | Dividend | J | T | | | | | |
| 442. --MS&AD Ins Group | | None | | | Sold | 06/16/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. --National Retail Properties | A | Dividend | J | T | Sold (part) | 03/23/16 | J | A | |
| 444. --Nevro Corp | | None | J | T | Buy | 11/07/16 | J | | |
| 445. --Newmarket Corp | A | Dividend | J | T | Buy (add'l) | 06/16/16 | J | | |
| 446. --Nippon Telegraph&Telephone | | None | | | Sold | 06/16/16 | J | C | |
| 447. --Noble Corp PLC Shs Usd | | None | | | Sold | 08/04/16 | J | | |
| 448. --Norfolk Southern Corp | A | Dividend | K | T | Buy (add'l) | 06/16/16 | J | | |
| 449. --Northstar Rlty Fin Corp | A | Dividend | J | T | | | | | |
| 450. --Nucor Corporation | A | Dividend | J | T | | | | | |
| 451. --Oreilly Automotive Inc | | None | J | T | Sold (part) | 10/25/16 | J | B | |
| 452. --Orange New | | None | | | Sold | 08/17/16 | J | A | |
| 453. --Outfront Media Inc Com Npv | A | Dividend | J | T | | | | | |
| 454. --Oversea-Chinese Bkg Corp Ltd | | None | | | Sold | 06/16/16 | J | | |
| 455. --Pa Rl Est Invt Tr Sbi | A | Dividend | J | T | Buy | 10/18/16 | J | | |
| 456. --Panasonic Corp | | None | | | Sold | 06/16/16 | J | A | |
| 457. --Paychex Inc | A | Dividend | J | T | Buy (add'l) | 06/16/16 | J | | |
| 458. --Pepsico Inc | A | Dividend | J | T | | | | | |
| 459. --Perrigo Co Ltd | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 61

**Name of Person Reporting**

Sammartino, Janis L.

**Date of Report**

08/25/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. --Petrochina Co Ltd | | None | | | Sold | 06/14/16 | J | | |
| 461. --Pfizer Inc | A | Dividend | K | T | Buy (add'l) | 06/16/16 | J | | |
| 462. --PJSC Lukoil Sponsored Adr | A | Dividend | J | T | | | | | |
| 463. --Posco ADS | A | Dividend | J | T | Sold (part) | 06/16/16 | J | | |
| 464. --Proshares Ultrashrt S&P500 New | | None | | | Buy | 01/22/16 | J | | |
| 465. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 466. | | | | | Sold (part) | 02/08/16 | J | A | |
| 467. | | | | | Sold (part) | 02/11/16 | J | A | |
| 468. | | | | | Sold | 02/12/16 | J | A | |
| 469. --Priceline.com Inc | | None | J | T | | | | | |
| 470. --Proofpoint Inc | | None | | | Sold | 10/21/16 | J | A | |
| 471. --Principal Finl Group Inc | A | Dividend | J | T | Buy | 06/14/16 | J | | |
| 472. --Prudential Financial Inc | A | Dividend | J | T | | | | | |
| 473. --Publicis Groupe Sa Ads | | None | | | Buy | 03/04/16 | J | | |
| 474. | | | | | Sold | 06/16/16 | J | A | |
| 475. --Qualcomm Inc | A | Dividend | J | T | | | | | |
| 476. --Refresco Gerber Adr | | None | | | Sold | 06/16/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 61

**Name of Person Reporting**

Sammartino, Janis L.

**Date of Report**

08/25/2017

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. --Reynolds American Inc | A | Dividend | J | T | Sold (part) | 03/24/16 | J | A | |
| 478. | | | | | Sold (part) | 03/28/16 | J | A | |
| 479. | | | | | Buy (add'l) | 06/16/16 | J | | |
| 480. --Rio Tinto Plc | | None | | | Sold | 02/16/16 | J | | |
| 481. --Roche Holdings Adr | | None | | | Sold | 06/16/16 | J | | |
| 482. --Rohm Co Ltd | | None | | | Sold | 06/16/16 | J | | |
| 483. --Ross Stores Inc | A | Dividend | J | T | | | | | |
| 484. --Royal Bank of Canada | A | Dividend | J | T | | | | | |
| 485. --Royal Bk Scotland Group Sp Adr | | None | | | Sold | 06/16/16 | J | | |
| 486. --Royal DSM NV Sponsored ADR | | None | | | Sold | 06/16/16 | J | A | |
| 487. --Royal Dutch Shell PLC (RDS'A) | A | Dividend | J | T | Sold (part) | 11/15/16 | J | | |
| 488. --Royal Dutch Shell PLC | | None | | | Sold | 06/16/16 | J | | |
| 489. --Sage Therapeutics Inc | | None | J | T | Buy | 11/14/16 | J | | |
| 490. --Sally Beauty Hodgs Inc | | None | | | Sold | 10/11/16 | J | A | |
| 491. --Sanofi ADR | | None | | | Sold | 06/16/16 | J | | |
| 492. --Sap Ag | | None | | | Sold | 06/16/16 | J | A | |
| 493. --Shire Plc Adr | A | Dividend | J | T | Buy | 05/02/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 61

**Name of Person Reporting**

Sammartino, Janis L.

**Date of Report**

08/25/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. | | | | | Buy (add'l) | 11/07/16 | J | | |
| 495. --Sekisui House Ltd | | None | | | Sold | 06/16/16 | J | B | |
| 496. --Seven & I Holdgs Co | | None | | | Sold | 06/16/16 | J | B | |
| 497. --Shiseido Ltd | | None | | | Sold | 03/24/16 | J | B | |
| 498. --Siemens Aktiengesellschaft | | None | | | Sold | 06/16/16 | J | A | |
| 499. --Simon Ppty Group Inc | A | Dividend | | | Sold (part) | 11/08/16 | J | A | |
| 500. --SK Telecom Co | A | Dividend | J | T | Sold (part) | 06/16/16 | J | A | |
| 501. --Sky PLC | | None | | | Sold | 02/16/16 | J | | |
| 502. --Starbucks Corp | A | Dividend | J | T | | | | | |
| 503. --Statoil Asa Adr | | None | | | Sold | 05/11/16 | J | | |
| 504. --Stericycle Inc | | None | | | Sold | 10/11/16 | J | A | |
| 505. --Sumitomo Mitsui Tr Hldgs | | None | | | Sold | 06/16/16 | J | | |
| 506. --Swiss Re Ltd Sponsored Adr | A | Dividend | J | T | Sold (part) | 08/17/16 | J | A | |
| 507. --Synchronoss Tech Inc (X) | | None | J | T | | | | | |
| 508. --Telefonica Brasil Sa Spon Adr | | None | | | Sold | 03/09/16 | J | | |
| 509. --Telefonica Sa Adr | | None | | | Sold | 02/16/16 | J | | |
| 510. --Telenor Asa Adr | | None | | | Sold | 06/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 61

Name of Person Reporting

Sammartino, Janis L.

Date of Report

08/25/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. --Teliasonera Ab Unspon Adr | | None | | | Sold | 02/16/16 | J | | |
| 512. --Telstra Corp Ltd Spon Adr | | None | | | Sold | 01/06/16 | J | | |
| 513. --Tenaris S.A. | | None | | | Sold | 06/16/16 | J | A | |
| 514. --Target Corporation (X) | A | Dividend | J | T | | | | | |
| 515. --Terreno Rlty Corp Com | A | Dividend | J | T | | | | | |
| 516. --Tesco PLC Sponsored ADR | | None | | | Sold | 06/16/16 | J | | |
| 517. --TEVA Pharmaceuticals | | None | | | Sold | 06/16/16 | J | A | |
| 518. --The Mosaic Co | A | Dividend | J | T | Buy (add'l) | 03/20/16 | J | | |
| 519. --Total S A Spon Adr | A | Dividend | J | T | | | | | |
| 520. --Toyota Motor Cp | | None | | | Sold | 06/16/16 | J | A | |
| 521. --Transdigm Group Inc | | None | J | T | | | | | |
| 522. --UBS Ag New | A | Dividend | J | T | Sold (part) | 06/16/16 | J | | |
| 523. --Ulta Salon Cos & Fragr Inc | | None | J | T | | | | | |
| 524. --Unilever Nv Ny Sh New | | None | | | Sold | 06/14/16 | J | | |
| 525. --Unitedhealth Gp Inc | A | Dividend | J | T | Buy (add'l) | 07/20/16 | J | | |
| 526. --UPM Kymmene Corp Adr (X) | A | Dividend | J | T | | | | | |
| 527. --VF Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 35 of 61

Name of Person Reporting

Sammartino, Janis L.

Date of Report

08/25/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. --Valero Energy CP Dela New (X) | A | Dividend | J | T | | | | | |
| 529. --Ventas Inc | A | Dividend | J | T | | | | | |
| 530. --Verisk Analytics Inc Com | | None | J | T | Sold (part) | 01/25/16 | J | A | |
| 531. --Verizon Communications | A | Dividend | J | T | Buy (add'l) | 07/18/16 | J | | |
| 532. --Visa Inc | A | Dividend | J | T | | | | | |
| 533. --Vornado Realty TR S B I | A | Dividend | J | T | | | | | |
| 534. --Wacoal Cp | | None | | | Sold | 06/16/16 | J | | |
| 535. --Washington Prime Group Inc | A | Dividend | J | T | Buy | 10/18/16 | J | | |
| 536. --Waste Connections | A | Dividend | J | T | Sold (part) | 06/01/16 | J | C | |
| 537. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 538. --Weingarten Realty Inv SBI | A | Dividend | J | T | | | | | |
| 539. --Wells Fargo & Co New | A | Dividend | K | T | Buy (add'l) | 06/16/16 | J | | |
| 540. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 541. | | | | | Buy (add'l) | 10/13/16 | J | | |
| 542. --Welltower Inc | A | Dividend | J | T | | | | | |
| 543. --Western Un Co | A | Dividend | J | T | | | | | |
| 544. --Weyerhaeuser Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Sammartino, Janis L.**

Date of Report

08/25/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. --Wolters Kluwer | None | | | | Sold (part) | 03/03/16 | J | A | |
| 546. | | | | | Sold | 06/16/16 | J | B | |
| 547. -Preferred Stocks | | | | | | | | | |
| 548. --Wells Fargo & Company 6% | None | | | | Sold | 10/17/16 | J | A | |
| 549. -Exchange-Traded & Closed-End Funds | | | | | | | | | |
| 550. --Ishares Russell 2000 ETF | None | | | | Sold (part) | 01/07/16 | J | | |
| 551. | | | | | Sold (part) | 03/15/16 | K | A | |
| 552. | | | | | Sold | 06/16/16 | J | | |
| 553. --Powershares QQQ Tr | None | | | | Sold (part) | 01/14/16 | J | | |
| 554. | | | | | Sold (part) | 04/19/16 | K | A | |
| 555. | | | | | Sold | 06/07/16 | J | A | |
| 556. --SPDR Barclays Capital 1-3 Mont | None | | | | Sold (part) | 01/22/16 | J | | |
| 557. | | | | | Sold (part) | 02/02/16 | J | | |
| 558. | | | | | Sold (part) | 02/17/16 | J | | |
| 559. | | | | | Sold (part) | 02/29/16 | K | | |
| 560. | | | | | Sold (part) | 03/07/16 | K | | |
| 561. | | | | | Sold (part) | 04/21/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 61

Name of Person Reporting

**Sammartino, Janis L.**

Date of Report

08/25/2017

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 04/28/16 | J | A | |
| 563. | | | | | Sold (part) | 05/10/16 | J | A | |
| 564. | | | | | Sold (part) | 05/23/16 | J | A | |
| 565. | | | | | Sold (part) | 05/31/16 | J | A | |
| 566. | | | | | Sold | 06/16/16 | K | | |
| 567. --Spdr S&P 500 Etf Trust | | None | | | Buy | 03/15/16 | K | | |
| 568. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 569. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 570. | | | | | Sold (part) | 04/29/16 | J | A | |
| 571. | | | | | Buy (add'l) | 05/09/16 | J | | |
| 572. | | | | | Buy (add'l) | 05/10/16 | J | | |
| 573. | | | | | Sold (part) | 05/18/16 | J | | |
| 574. | | | | | Sold (part) | 05/20/16 | J | | |
| 575. | | | | | Sold (part) | 06/14/16 | J | | |
| 576. | | | | | Sold | 06/16/16 | J | A | |
| 577. --SPDR Trust Seris I | | None | | | Sold (part) | 01/13/16 | J | | |
| 578. | | | | | Sold (part) | 01/14/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 580. | | | | | Sold | 02/25/16 | K | A | |
| 581. TRUST #5 (MS Brokerage Account) (H) | | | | | | | | | |
| 582. -MS Bank Account (formerly listed as MS Liquid Asset Fund) | A | Interest | J | T | | | | | |
| 583. -Common Stocks: | | | | | | | | | |
| 584. --3M Company | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 585. --AAC Hldgs Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 586. --Abbott Laboratories | | None | J | T | Buy | 09/16/16 | J | | |
| 587. --Abbvie Inc Com | | None | J | T | Buy | 09/16/16 | J | | |
| 588. | | | | | Sold (part) | 11/02/16 | J | | |
| 589. --Air Prod & Chem Inc | | None | J | T | Buy | 11/30/16 | J | | |
| 590. --Altria Group Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 591. --Amgen Inc | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 592. --Ansys Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 593. --AON Corp | | None | | | Buy (add'l) | 02/05/16 | J | | |
| 594. | | | | | Sold | 09/16/16 | K | D | |
| 595. --Apache Corp | | None | | | Sold (part) | 04/21/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold (part) | 07/27/16 | J | | |
| 597. | | | | | Sold | 09/16/16 | J | | |
| 598. --Arris Group Inc Com New | | None | | | Sold | 09/16/16 | J | B | |
| 599. --Aryzta Ag Zuerich | | None | | | Sold | 09/16/16 | J | | |
| 600. --Automatic Data Processing Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 601. --Axis Capital Holdings Ltd | | None | | | Buy | 06/24/16 | J | | |
| 602. | | | | | Sold | 09/16/16 | J | A | |
| 603. --Bank of America Corp | | None | | | Sold | 09/16/16 | J | | |
| 604. --BB & T Corp | A | Dividend | | | Buy | 09/16/16 | J | | |
| 605. --Bio Rad Lab A | | None | | | Sold | 09/16/16 | K | D | |
| 606. --Bio-Techne Corp | | None | J | T | Buy | 09/16/16 | J | | |
| 607. --Blackbaud Inc | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 608. --Blackrock Inc | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 609. --Brandywine Realty Tr | | None | | | Sold (part) | 07/12/16 | J | A | |
| 610. | | | | | Sold (part) | 07/25/16 | J | A | |
| 611. | | | | | Sold | 09/16/16 | J | | |
| 612. --Britvic Plc Sponsored Adr | | None | | | Buy | 06/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold | 09/16/16 | J | | |
| 614. --Carmax Inc | None | J | T | | Buy | 09/16/16 | J | | |
| 615. | | | | | Sold (part) | 12/15/16 | J | A | |
| 616. | | | | | Sold (part) | 12/23/16 | J | A | |
| 617. --Cbre Group Inc | None | J | T | | Buy | 10/04/16 | J | | |
| 618. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 619. --Cheniere Energy Inc New | None | | | | Buy | 02/09/16 | J | | |
| 620. | | | | | Sold | 09/16/16 | K | D | |
| 621. --Chipotle Mexican Grill Inc Com | None | | | | Buy | 09/16/16 | J | | |
| 622. | | | | | Sold | 10/12/16 | J | A | |
| 623. --Cigna Corporation Com | None | | | | Buy | 05/09/16 | J | | |
| 624. | | | | | Sold (part) | 07/29/16 | J | | |
| 625. | | | | | Sold | 09/16/16 | J | A | |
| 626. --Cisco Sys Inc | None | J | T | | Buy | 09/16/16 | J | | |
| 627. --Cit Group Inc New | None | | | | Sold | 09/16/16 | K | | |
| 628. --Citigroup Inc. | None | | | | Sold | 09/16/16 | K | C | |
| 629. --Cna Financial | None | | | | Buy | 08/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Sold | 09/16/16 | J | | |
| 631.  --Coca Cola Co | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 632.  --Coherent Inc | | | | | Sold (part) | 01/29/16 | J | B | |
| 633. | | | | | Sold (part) | 08/03/16 | J | A | |
| 634. | | | | | Sold | 09/16/16 | K | D | |
| 635.  --Colony Cap Inc Com | | None | | | Buy | 08/02/16 | J | | |
| 636. | | | | | Sold | 09/16/16 | J | | |
| 637.  --Copa Holdings | | None | | | Sold (part) | 05/06/16 | J | | |
| 638. | | | | | Sold | 06/29/16 | J | | |
| 639.  --Costar Group Inc | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 640.  --Crown Castle Intl Corp | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 641.  --Discover Fincl Svcs | | None | | | Sold | 09/16/16 | K | | |
| 642.  --Ebay Inc | | None | | | Sold (part) | 03/21/16 | J | A | |
| 643. | | | | | Sold | 03/22/16 | J | A | |
| 644.  --Ecolab Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 645.  --Electronics for Imaging Inc | | None | | | Buy | 07/26/16 | J | | |
| 646. | | | | | Sold | 09/16/16 | J | B | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. --Envestnet Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 648. --Ensco Plc Class A | | None | | | Buy | 04/15/16 | J | | |
| 649. | | | | | Sold | 06/30/16 | J | A | |
| 650. --EQT Corporation Com New | | None | | | Buy (add'l) | 01/06/16 | J | | |
| 651. | | | | | Sold | 09/16/16 | K | C | |
| 652. --Exponent Inc | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 653. | | | | | Sold (part) | 11/03/16 | J | A | |
| 654. | | | | | Sold (part) | 11/15/16 | J | A | |
| 655. --Express Inc | | None | | | Sold (part) | 03/08/16 | J | A | |
| 656. | | | | | Sold | 03/09/16 | J | B | |
| 657. --Fastenal Co | | None | J | T | Buy | 09/16/16 | J | | |
| 658. --FBR & Co | | None | | | Sold | 09/16/16 | J | | |
| 659. --Financial Engines | | None | | | Buy | 09/16/16 | J | | |
| 660. | | | | | Sold | 10/25/16 | J | | |
| 661. --Ford Motor Co | | None | | | Sold (part) | 06/29/16 | J | | |
| 662. | | | | | Sold (part) | 06/30/16 | J | | |
| 663. | | | | | Sold | 07/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. --Gamestop Corp | | None | | | Buy | 08/26/16 | J | | |
| 665. | | | | | Sold | 09/16/16 | J | | |
| 666. --General Electric | | None | J | T | Buy | 09/16/16 | J | | |
| 667. --GM | | None | | | Sold | 09/16/16 | K | B | |
| 668. --Glaxosmithkline Plc Ads | | None | | | Buy | 05/10/16 | J | | |
| 669. | | | | | Sold | 09/16/16 | J | A | |
| 670. --Hasbro Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 671. --Hess Corporation | | None | | | Buy | 02/08/16 | J | | |
| 672. | | | | | Sold (part) | 04/27/16 | J | | |
| 673. | | | | | Buy (add'l) | 07/27/16 | J | | |
| 674. | | | | | Sold | 09/16/16 | J | | |
| 675. --Health Care Svc Grp | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 676. | | | | | Sold (part) | 12/30/16 | J | A | |
| 677. --Home Depot Inc | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 678. --Ill Tool Works Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 679. --Illumina Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 680. | | | | | Buy (add'l) | 10/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. --Imax Corp | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 682. | | | | | Sold (part) | 12/20/16 | J | A | |
| 683. --Impax Laboratories Inc | | None | | | Sold | 09/16/16 | J | A | |
| 684. --Ingersoll-Rand PLC | | None | | | Sold | 09/16/16 | J | D | |
| 685. --Interpublic Group of Cos Inc | | None | | | Sold (part) | 06/07/16 | J | A | |
| 686. | | | | | Sold (part) | 06/08/16 | J | B | |
| 687. | | | | | Sold | 09/16/16 | J | D | |
| 688. --Intuitive Surgical Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 689. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 690. --Johnson & Johnson | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 691. --JP Morgan Chase | A | Dividend | J | T | Sold (part) | 09/16/16 | J | B | |
| 692. --Kimberly Clark Corp | | None | J | T | Buy | 09/16/16 | J | | |
| 693. --Koninklijke Phil El Sp Adr New | | None | | | Sold | 09/16/16 | J | A | |
| 694. --LKQ Corporation | | None | J | T | Buy | 09/16/16 | J | | |
| 695. --Lockheed Martin Corp | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 696. --Loews Corp | | None | | | Sold (part) | 01/20/16 | J | | |
| 697. | | | | | Sold (part) | 05/02/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Sold | 05/06/16 | J | A | |
| 699. --Lyondellbasell Nv Cl-A | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 700. --Markel Corp | | None | J | T | Buy | 09/16/16 | J | | |
| 701. --Maxim Integrated Products Inc | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 702. --Medtronic PLC Shs | | None | J | T | Buy | 09/16/16 | J | | |
| 703. --Merck & Co Inc New Com | | None | J | T | Buy | 09/16/16 | J | | |
| 704. | | | | | Sold (part) | 11/30/16 | J | | |
| 705. --Metro AG Unspon ADR | | None | | | Sold (part) | 07/22/16 | J | | |
| 706. | | | | | Sold (part) | 07/25/16 | J | | |
| 707. | | | | | Sold (part) | 07/29/16 | J | | |
| 708. | | | | | Sold | 08/09/16 | J | | |
| 709. --Mitel Networks Corp | | None | | | Sold | 09/16/16 | J | | |
| 710. --Microsoft Corp | A | Dividend | K | T | Buy | 09/16/16 | J | | |
| 711. --Moody's Corp | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 712. --Nextera Energy Inc. | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 713. --Occidental Petroleum Corp | A | Dividend | J | T | Sold (part) | 09/16/16 | J | | |
| 714. --Oracle Corp | | None | | | Sold | 09/16/16 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. --Orkla ADR A Shs | None | | | | Sold (part) | 01/26/16 | J | | |
| 716. | | | | | Sold (part) | 02/19/16 | J | A | |
| 717. | | | | | Sold (part) | 05/10/16 | J | A | |
| 718. | | | | | Sold | 09/16/16 | J | B | |
| 719. --Paccar Inc | None | | | | Sold (part) | 02/26/16 | J | A | |
| 720. | | | | | Sold (part) | 03/01/16 | J | A | |
| 721. | | | | | Sold (part) | 03/08/16 | J | A | |
| 722. | | | | | Sold (part) | 03/09/16 | J | A | |
| 723. | | | | | Sold (part) | 03/11/16 | J | A | |
| 724. | | | | | Sold | 03/14/16 | J | A | |
| 725. --Paramount Group Inc | None | | | | Sold | 09/16/16 | J | | |
| 726. --Paychex Inc | None | | J | T | Buy | 09/16/16 | J | | |
| 727. | | | | | Sold (part) | 10/24/16 | J | | |
| 728. --Pennymac Mortgage Investment | None | | | | Sold (part) | 08/05/16 | J | | |
| 729. | | | | | Sold | 09/16/16 | J | | |
| 730. --Pepsico Inc Nc | None | | J | T | Buy | 09/16/16 | J | | |
| 731. | | | | | Buy (add'l) | 10/24/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**      Name of Person Reporting      Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. --Pfizer Inc | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 733. | | | | | Sold (part) | 06/07/16 | J | B | |
| 734. --Philip Morris Int Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 735. --Phillips 66 Com | | None | | | Sold | 09/16/16 | J | B | |
| 736. --Pnc Finl Svc Gp | | None | J | T | Buy | 09/16/16 | J | | |
| 737. --Pra Group Inc | | None | | | Buy | 09/16/16 | J | | |
| 738. | | | | | Sold (part) | 10/21/16 | J | | |
| 739. | | | | | Sold (part) | 12/23/16 | J | A | |
| 740. | | | | | Sold | 12/29/16 | J | A | |
| 741. --Pros Holdg Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 742. --Public Storage | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 743. --Qualcomm Inc | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 744. --Realty Income Corp | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 745. --Red Hat Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 746. --Redwood Trust Inc | | None | | | Sold (part) | 08/05/16 | J | A | |
| 747. | | | | | Sold | 09/16/16 | J | | |
| 748. --Reinsurance Group of America | | None | | | Sold (part) | 08/26/16 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT      Name of Person Reporting      Date of Report

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold (part) | 08/31/16 | J | B | |
| 750. | | | | | Sold | 09/16/16 | J | D | |
| 751. --Roper Technologies, Inc | | None | K | T | Buy | 09/16/16 | K | | |
| 752. --Royal Dutch Shell Plc | | None | | | Sold | 02/05/16 | J | | |
| 753. --Sagent Pharmaceuticals Inc | | None | | | Buy | 06/06/16 | J | | |
| 754. | | | | | Sold (part) | 07/12/16 | J | A | |
| 755. | | | | | Sold (part) | 07/27/16 | J | B | |
| 756. | | | | | Sold (part) | 07/28/16 | J | A | |
| 757. | | | | | Sold | 08/01/16 | J | A | |
| 758. --Sanofi ADR | | None | | | Sold (part) | 05/10/16 | J | | |
| 759. | | | | | Sold (part) | 05/11/16 | J | | |
| 760. | | | | | Sold | 05/12/16 | J | | |
| 761. --SBA Communications Corp | | None | J | T | Buy | 09/16/16 | J | | |
| 762. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 763. --SEI Investments Co | | None | J | T | Buy | 09/16/16 | J | | |
| 764. --Signet Jewelers Limited | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 765. --Southwest Airlines | | None | | | Buy | 06/29/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Sold | 09/16/16 | J | | |
| 767. --Spectra Energy Corp Com | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 768. | | | | | Sold (part) | 10/24/16 | J | | |
| 769. --Stericycle Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 770. | | | | | Sold (part) | 10/28/16 | J | | |
| 771. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 772. --Steris PLC | A | Dividend | J | T | Buy | 10/27/16 | J | | |
| 773. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 774. --Suncor Energy Inc New Com | | None | | | Sold | 09/16/16 | J | | |
| 775. --Symantec Corp | | None | | | Buy | 08/02/16 | J | | |
| 776. | | | | | Sold | 09/16/16 | J | B | |
| 777. --T Rowe Price Group Inc | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 778. --Target Corporation | A | Dividend | J | T | Sold (part) | 03/02/16 | J | B | |
| 779. | | | | | Sold (part) | 09/16/16 | J | A | |
| 780. --Teradyne Inc | | None | | | Sold (part) | 01/12/16 | J | A | |
| 781. | | | | | Sold (part) | 01/14/16 | J | A | |
| 782. | | | | | Sold | 09/16/16 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT    Name of Person Reporting    Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. --Terex Cp New Del | | None | | | Sold (part) | 01/27/16 | J | | |
| 784. | | | | | Sold | 09/16/16 | J | A | |
| 785. --Teva Pharmaceuticals | | None | | | Sold | 09/16/16 | J | B | |
| 786. --Texas Instruments | | None | J | T | Buy | 09/16/16 | J | | |
| 787. --Transdigm Group Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 788. --Trimble Inc | | None | J | T | Buy | 09/16/16 | J | | |
| 789. --Tyler Technologies Inc | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 790. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 791. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 792. --Unumprovident Corp | | None | | | Sold (part) | 05/18/16 | J | B | |
| 793. | | | | | Sold | 09/16/16 | K | D | |
| 794. --Ventas Inc | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 795. --Verifone Systems Inc | | None | | | Sold | 09/16/16 | J | | |
| 796. --Verisk Analytics Inc Com | | None | K | T | Buy | 09/16/16 | J | | |
| 797. --Viacom Inc | | None | | | Sold | 09/16/16 | J | | |
| 798. --Wabtec | | None | J | T | Buy | 09/16/16 | J | | |
| 799. --Wageworks Inc Com | | None | J | T | Buy | 09/16/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold (part) | 11/18/16 | J | A | |
| 801. --Wal Mart Stores Inc | | None | | | Sold (part) | 06/07/16 | J | | |
| 802. | | | | | Sold | 09/07/16 | J | | |
| 803. --Waste Connections Inc | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 804. | | | | | Buy (add'l) | 10/13/16 | J | | |
| 805. --WEC Energy Group Inc Com | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 806. TRUST #6 (MS Brokerage Account) (H) | E | Int./Div. | O | T | | | | | |
| 807. -MS Bank Account (formerly listed as MS Liquid Asset Fund ) | A | Interest | J | T | | | | | |
| 808. -Common Stocks: | | | | | | | | | |
| 809. --Abbot Laboratories | A | Dividend | K | T | Buy | 06/22/16 | J | | |
| 810. --Abbvie Inc Com | B | Dividend | K | T | | | | | |
| 811. --Adient Plc Com | | None | | | Buy | 10/28/16 | J | | |
| 812. | | | | | Sold | 11/08/16 | J | | |
| 813. --American Water Works Co | | None | | | Sold (part) | 03/23/16 | J | D | |
| 814. | | | | | Sold | 03/28/16 | J | C | |
| 815. --Ares Capital Corp | | None | | | Sold | 02/18/16 | J | | |
| 816. --AT&T | B | Dividend | K | T | Buy (add'l) | 01/13/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. --BB&T Corp | A | Dividend | K | T | Buy | 10/14/16 | J | | |
| 818. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 819. --BCE Inc | A | Dividend | J | T | | | | | |
| 820. --BK Montreal | A | Dividend | J | T | | | | | |
| 821. --Cisco Sys Inc | B | Dividend | K | T | | | | | |
| 822. --CME Group Inc | A | Dividend | K | T | | | | | |
| 823. --Coach Inc | A | Dividend | K | T | | | | | |
| 824. --Cracker Barrel Old Ctry Store | | None | K | T | Buy | 10/20/16 | J | | |
| 825. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 826. --Crown Castle Intl Corp | A | Dividend | K | T | Buy | 11/17/16 | K | | |
| 827. --Digital Realty Trust Inc. | A | Dividend | K | T | Sold (part) | 02/17/16 | J | A | |
| 828. | | | | | Sold (part) | 07/14/16 | J | B | |
| 829. --Domtar Corporation New | A | Dividend | K | T | | | | | |
| 830. --Dupont Fabros Technology Inc | | None | J | T | Buy | 10/18/16 | J | | |
| 831. | | | | | Buy (add'l) | 10/19/16 | J | | |
| 832. --Eaton Corp Plc | A | Dividend | K | T | | | | | |
| 833. --Energy Trans Eqty LP | | None | | | Sold | 01/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Sammartino, Janis L.

08/25/2017

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. --Energy Transfer Partners | | None | | | Sold | 01/12/16 | K | | |
| 835. --Enterprise Prod Prtners LP | B | Dividend | K | T | | | | | |
| 836. --GE | A | Dividend | K | T | Sold (part) | 06/27/16 | J | C | |
| 837. --Genesis Energy LP Com | A | Dividend | K | T | Buy | 07/14/16 | K | | |
| 838. --Glaxosmithkline PLC | B | Dividend | K | T | Buy (add'l) | 02/26/16 | J | | |
| 839. --HCP Inc | | None | | | Sold | 06/27/16 | J | A | |
| 840. --Host Hotel & Resorts Inc | | None | | | Sold | 06/27/16 | J | | |
| 841. --Intl Business Machines Corp | A | Dividend | K | T | Buy | 07/20/16 | K | | |
| 842. --John Ctrl | | None | | | Buy | 05/16/16 | K | | |
| 843. | | | | | Sold | 09/06/16 | K | A | |
| 844. --Johnson & Johnson | A | Dividend | K | T | | | | | |
| 845. --Johnson Ctls Intl Plc | | None | K | T | Buy | 09/06/16 | K | | |
| 846. --L Brands Inc Com | A | Dividend | J | T | Buy | 02/10/16 | K | | |
| 847. --Lamar Advertising Co | A | Dividend | K | T | Sold (part) | 02/17/16 | J | A | |
| 848. | | | | | Sold (part) | 03/28/16 | J | B | |
| 849. --Lyondellbasell Nv | A | Dividend | K | T | | | | | |
| 850. --Magellan Midstream Partners LP | B | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. --Maxim Integrated Products Inc | | None | | | Sold | 02/03/16 | J | B | |
| 852. --Merck & Co | A | Dividend | K | T | | | | | |
| 853. --Microchip Technology Inc | A | Dividend | K | T | | | | | |
| 854. --Microsoft Corp | | None | | | Sold (part) | 02/03/16 | J | B | |
| 855. | | | | | Sold (part) | 07/08/16 | J | B | |
| 856. | | | | | Sold | 07/19/16 | K | D | |
| 857. --MPLX Lp Unit Rep Ltd | B | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | |
| 858. --Natl Grid Transco | | None | | | Sold | 02/03/16 | K | D | |
| 859. --Nisource Inc | | None | | | Sold | 02/02/16 | J | D | |
| 860. --Novartis Ag Adr | A | Dividend | J | T | | | | | |
| 861. --Omega Healthcare Inv Inc | A | Dividend | J | T | | | | | |
| 862. --Pacwest Bancorp | A | Dividend | J | T | Buy | 03/28/16 | J | | |
| 863. --Pfizer Inc | B | Dividend | K | T | Buy (add'l) | 03/28/16 | J | | |
| 864. --Plains All American Piplin | | None | | | Sold | 05/20/16 | J | | |
| 865. --Proctor & Gamble | A | Dividend | K | T | Sold (part) | 10/20/16 | J | A | |
| 866. --Qualcomm Inc | A | Dividend | K | T | Buy | 02/17/16 | K | | |
| 867. | | | | | Buy (add'l) | 02/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Sold (part) | 11/17/16 | J | B | |
| 869. --Seagate Technology PLC | | None | | | Sold | 02/03/16 | J | | |
| 870. --Senior Hsg Ppty Tr | | None | | | Sold | 07/26/16 | J | | |
| 871. --Spectra Energy Corp | A | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | |
| 872. --Stmicroelectronics Nv | | None | | | Sold (part) | 04/04/16 | J | | |
| 873. | | | | | Sold | 04/05/16 | J | | |
| 874. --The J.M. Smucker Company | | None | | | Sold (part) | 07/08/16 | J | C | |
| 875. | | | | | Sold | 07/14/16 | K | C | |
| 876. --Toronto Dom Bk New | A | Dividend | K | T | Buy (add'l) | 02/26/16 | J | | |
| 877. --United Parcel Ser Inc Cl-B | A | Dividend | K | T | Buy | 02/03/16 | J | | |
| 878. --Verizon Communications | A | Dividend | J | T | | | | | |
| 879. --Viacom Inc New Class B | | None | | | Buy | 07/08/16 | K | | |
| 880. | | | | | Sold | 09/13/16 | J | | |
| 881. --Vodafone GP PLC | B | Dividend | K | T | Buy (add'l) | 09/20/16 | J | | |
| 882. --Wells Fargo & Co New | | None | | | Buy | 03/21/16 | K | | |
| 883. | | | | | Sold | 10/10/16 | J | | |
| 884. --Western Digital Corporation | A | Dividend | K | T | Buy | 07/08/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. --Weyerhaeuser Co | B | Dividend | K | T | Sold (part) | 07/08/16 | J | | |
| 886. --Williams Co Inc | | None | | | Sold | 02/26/16 | J | | |
| 887. TRUST #7 (MS Brokerage Account ) (H) | | | | | | | | | |
| 888. -MS Bank Account | A | Interest | K | T | | | | | |
| 889. -Common Stocks | | | | | | | | | |
| 890. --Bank of America Corp | | None | | | Sold | 09/16/16 | J | | |
| 891. --Ford Motor Co New | B | Dividend | K | T | | | | | |
| 892. --Gilead Science | A | Dividend | J | T | | | | | |
| 893. --Home Depot Inc | A | Dividend | J | T | | | | | |
| 894. --Lowes Companies Inc | A | Dividend | J | T | | | | | |
| 895. --Mobileye N.V. | | None | J | T | | | | | |
| 896. --Wells Fargo & Co New | A | Dividend | K | T | Buy | 09/13/16 | K | | |
| 897. -Preferred Stocks | | | | | | | | | |
| 898. --Citigroup Inc 6.875% | B | Dividend | K | T | | | | | |
| 899. --Fifth Third Bancorp 6.625%-I | B | Dividend | K | T | | | | | |
| 900. --Wells Fargo & Company 6.625% | B | Dividend | K | T | | | | | |
| 901. -Corporate Bonds: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting
Sammartino, Janis L.

Date of Report
08/25/2017

Page 57 of 61

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. --Bank of America 6.1% | B | Interest | L | T | Buy | 06/16/16 | L | | |
| 903. --Citigroup Inc 5.95% | B | Interest | L | T | Buy | 05/12/16 | L | | |
| 904. | | | | | Buy (add'l) | 09/14/16 | K | | |
| 905. --Etrade Financial Corp 5.875% | A | Interest | K | T | Buy | 09/14/16 | K | | |
| 906. --JP Morgan Chase & Co 6.12% Fixed to Float 4/30/2024 | C | Interest | K | T | | | | | |
| 907. --Morgan Stanley (-CE3)(Y) | | | | | | | | | |
| 908. --Barclays Bank PLC | | None | | | Matured | 09/22/16 | K | B | |
| 909. --Marathon Oil Corp | A | Interest | J | T | | | | | |
| 910. --General Electric Co | C | Interest | L | T | | | | | |
| 911. --Goldman Sachs Group Inc | A | Interest | J | T | | | | | |
| 912. --AT&T Inc | A | Interest | J | T | | | | | |
| 913. --Verizon Communications | A | Interest | J | T | | | | | |
| 914. --Mondelez International | A | Interest | J | T | | | | | |
| 915. --Frontier Communications | B | Interest | K | T | | | | | |
| 916. --Boeing Co | A | Interest | J | T | | | | | |
| 917. --CVS Caremark Corp | | None | | | Sold | 07/27/16 | J | A | |
| 918. --Indiana Michigan Power | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. --Lorillard Tobacco Co | B | Interest | K | T | | | | | |
| 920. --Altria Group Inc | A | Interest | J | T | | | | | |
| 921. --Barclays Bank PLC | B | Interest | K | T | | | | | |
| 922. --General Elec Cap Corp | B | Interest | K | T | | | | | |
| 923. --Goldman Sachs Group Inc | B | Interest | K | T | | | | | |
| 924. --Hewlett Packard Co | B | Interest | K | T | | | | | |
| 925. -Other Fixed Income: | | | | | | | | | |
| 926. -Countrywide Alternative Loan Trust | A | Interest | J | T | | | | | |
| 927. -JP Morgan Mortgage Trust (-AE0) | A | Interest | J | T | | | | | |
| 928. -Government Securities: | | | | | | | | | |
| 929. --FNMA 09-19 TD | A | Interest | J | T | | | | | |
| 930. --FHR 3249 CB | A | Interest | J | T | | | | | |
| 931. -Mutual Funds: | | | | | | | | | |
| 932. --Blackrock Strat Inc Opport | | None | | | Sold | 09/13/16 | J | | |
| 933. --Franklin Income C | | None | | | Sold | 11/29/16 | L | | |
| 934. --Highland Fltg Rate Opport C | B | Dividend | K | T | | | | | |
| 935. --Invesco Equal Wghtd S&P 500 C | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 08/25/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. --Oppenheimer SR Floating Rate | C | Dividend | M | T | | | | | |
| 937. --Principal GLB Divers Inc | D | Dividend | L | T | Distributed (part) | 12/07/16 | J | | |
| 938. --Templeton Global Bond Fd | | None | | | Sold | 09/13/16 | L | | |
| 939. -Equity Trusts | | | | | | | | | |
| 940. --Unit First Trust Target Global Dividend Leaders 1Q 2016 | A | Dividend | L | T | Buy | 03/01/16 | L | | |
| 941. --Unit First Trust Target Global Divdend Leaders 3rd Atr 16 | B | Dividend | K | T | Buy | 08/12/16 | K | | |
| 942. --Unit First Trust Target Global Dividend Leaders 1st Qtr 15 | | None | | | Sold | 03/01/16 | L | | |
| 943. --Unit First Trust Target Global Dividend Leaders 3rd Qtr 15 | | None | | | Sold | 08/12/16 | K | B | |
| 944. -AIP Glbl L/S P Hedge Fund | | None | J | W | Sold (part) | 03/31/16 | M | | |
| 945. TRUST #8 (MS Brokerage Account ) (H) | | None | L | T | | | | | |
| 946. -MS Bank Account | A | Interest | K | T | Open | 12/05/16 | J | | |
| 947. -Wells Fargo & Co New Common Stock | A | Dividend | K | T | Buy | 03/21/16 | K | | |
| 948. -Deutsche GLB Infrastructure C Mutual Fund | A | Dividend | K | T | Buy | 12/07/16 | K | | |
| 949. -John Hancock Intl Growth C Mutual Fund | | None | | | Buy | 06/30/16 | K | | |
| 950. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 88. Prior reports listed both a Morgan Stanley Bank Account and a Money Market Fund for Trust 3 (2015, lines 61 and 262). There is actually only a bank account, no money market fund.

Part VII, line 401. Hospira, Inc. was acquired by Pfizer on September 3, 2015, a transaction inadvertently omitted on last year's report.

Part VII, line 907. This Morgan Stanley bond matured on 4/28/15 (Value Code K, Gain None), a transaction inadvertently omitted on last year's report.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Janis L. Sammartino**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544